# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RHAWN JOSEPH,

        Plaintiff,

  v.

AMAZON.COM, INC, *et al.*,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C13-1656-JCC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' motion for judgment on the pleadings and/or summary judgment is granted and Plaintiff's motion for summary judgment is denied. (Dkt. No. 86.)

DATED this 28th day of August 2014.

                                          WILLIAM M. MCCOOL
                                          Clerk of Court

                                          /s/ *Tasha MacAdam*
                                          Deputy Clerk